## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01575-RPM-KLM

DEAN KAPLAN,

       Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC., a New York corporation,
d/b/a OXFORD MANAGEMENT SERVICES,

       Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff by and through his counsel of record and for his Notice of Settlement, hereby states:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties have executed the settlement document.

3. The Plaintiff will be filing a Notice of Dismissal with Prejudice once the settlement funds have been received by the Plaintiff. The Plaintiff expects this to happen by September 18, 2009 pursuant to the settlement document.

Dated: August 6, 2009.

Respectfully Submitted,

 s/ David M. Larson
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff