IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01575-RPM-KLM

DEAN KAPLAN,

    Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC., a New York corporation,
d/b/a OXFORD MANAGEMENT SERVICES,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: September 21, 2009.

    Respectfully submitted,

    _s/ David M. Larson_
    David M. Larson, Esq.
    405 S. Cascade Avenue Suite 305
    Colorado Springs, CO 80903
    (719) 473-0006
    Attorney for the Plaintiff